**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**MARC L JORDAN,**

**Plaintiff,**

**v.** **Case No.: 5:26-cv-00561-JSS-PRL**

**JOHNNY TILLERY, PLAXEN ADLER MUNCY, P.A.,**

**Defendants,**
______________________________________/

**ORDER**

In this action, Plaintiff Marc L. Jordan, who is proceeding pro se, has filed a motion for order permitting electronic filing. (Doc. 8). Given Mr. Jordan's status as a retired attorney who is admitted to practice and is in good standing before the United States District Court of Maryland and the Supreme Court of Maryland, the Court will permit him to file papers in this case electronically.

DONE and ORDERED in Ocala, Florida on September 1, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Party